**United States District Court**
For the Northern District of California

1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                           NORTHERN DISTRICT OF CALIFORNIA

7

8    GREG HAYES,                                    No. C-11-1702 EMC

9              Plaintiff,

10        v.                                         **ORDER CONDITIONALLY DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS MOOT; AND REQUIRING RESPONSE TO PLAINTIFF'S MOTION FOR STAY**

11   MUSA DAJANI, *et al.*,

12             Defendants.

13   _____/          **(Docket Nos. 2, 22)**

14

15

16        Plaintiff Greg Hayes has filed suit against Defendants Musa and Khaled Dajani, asserting

17   various causes of action, including one for copyright infringement.  Currently pending before the

18   Court is Mr. Hayes's motion for preliminary injunction in which he seeks to enjoin the Dajanis from

19   building a "parklet" based on a drawing that he allegedly co-authored and owns.

20        On August 19, 2011, this Court issued an order instructing the parties to meet and confer to

21   determine whether Mr. Hayes's motion could be resolved by a stipulation between the parties.  *See*

22   Docket No. 20 (order).  On August 31, 2011, the Dajanis filed a case management statement,

23   informing the Court that they had tried to meet and confer with Mr. Hayes but his telephone number

24   was not a working number and he failed to respond to an e-mail they sent to him.  The Dajanis

25   added that, if the Court were to deny the motion, then they would be willing to agree, during the

26   course of litigation, not to use the drawing at issue or otherwise construct a parklet that has the

27   critical characteristics of curved corners and/or a curved central feature.  *See* Docket No. 21 (Defs.'

28   St. at 2) (stating that "Defendants feel very strongly against having the motion for preliminary

**United States District Court**
For the Northern District of California

1   injunction granted as Defendants believe this will give some level of credibility to an otherwise

2   baseless and meritless claim against Defendants").  It now appears that Defendants were never able

3   to contact Mr. Hayes because he was arrested and is currently incarcerated.  *See* Docket No. 22

4   (letter from Mr. Hayes).  The Court, however, recently received a letter from Mr. Hayes in which he

5   essentially conceded that "[t]he Dajanis actually changed the design before building."  *Id.* (Letter at

6   5).

7        Taking into account the above, the Court shall conditionally deny Mr. Hayes's motion as

8   moot.  The denial is conditioned on *each* of the Dajanis filing and serving a declaration certifying

9   that, during the course of the litigation, he and/or his agents shall not use the drawing at issue or

10  otherwise construct a parklet that has the critical characteristics of curved corners and/or a curved

11  central feature.  The declarations shall be filed by September 23, 2011.

12       The Court also takes this opportunity to address the requests for relief made by Mr. Hayes in

13  his submission filed on September 13, 2011.  *See* Docket No. 22 (submission from Mr. Hayes).

14  Based on the Court's review, Mr. Hayes appears to be asking the Court (1) to stay this litigation

15  pending his release from county jail, (2) to send a copy of his September 13 submission as well as

16  the entire court file to him (in county jail), and (3) to send a copy of his September 13 submission to

17  Matt Gonzalez in the San Francisco Public Defender's office.

18       On the first request for relief, the Court hereby orders the Dajanis to file by September 23,

19  2011, a response to the request for a stay.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

///

On the second request for relief, as a one-time courtesy, the Court shall send to Mr. Hayes a copy of his September 13 submission, along with a copy of this order. However, the Court cannot accommodate the remainder of his request (*i.e.*, his request for a copy of the entire court file). Although Mr. Hayes's application for in forma pauperis was granted, that entitled him to a waiver of the filing fee only. For the same reason, the Court cannot accommodate Mr. Hayes's third request for relief.

This order disposes of Docket No. 2.

IT IS SO ORDERED.

Dated:  September 16, 2011

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG HAYES,                                    No. C-11-1702 EMC

        Plaintiff,

    v.                                         CERTIFICATE OF SERVICE

MUSA DAJANI, *et al.*,

        Defendants.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Greg  Hayes
381 Oak Street
San Francisco,  CA 94102

Greg Hayes
SF #554957
CJ5 4B-4
P. O. Box 67
San Bruno, CA  94066

Dated: September 16, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

United States District Court

For the Northern District of California

4