UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG HAYES,<br><br>          Plaintiff,<br><br>    v.<br><br>MUSA DAJANI, *et al.*,<br><br>          Defendants.<br>_____/ | No. C-11-1702 EMC<br><br>**ORDER RE PLAINTIFF'S LETTERS OF SEPTEMBER 16, 2011**<br><br>**(Docket Nos. 24, 25)** |

      Plaintiff Greg Hayes has submitted two letters to the Court, which were filed on September 16, 2011. Only one of those letters asks this Court for relief. More specifically, Mr. Hayes asks the Court to refer three individuals (Meredith Crawford, J. Crawford, and Steve "Cappellini") to the FBI or to another appropriate investigative agency based on alleged harassment. The request for relief is **DENIED**. The pending case is a case for copyright infringement. It has nothing to do with the alleged harassment. To the extent Mr. Hayes contends that the individuals have "intensified" his conflicts with Defendants (the Dajanis), that has little to do with the merits of Mr. Hayes's claim that the Dajanis infringed his copyright. Finally, to the extent Mr. Hayes believes that the individuals have committed a federal crime, he is free to contact federal or local law enforcement authorities and seek assistance.

      IT IS SO ORDERED.

Dated: September 19, 2011

_____
EDWARD M. CHEN
United States District Judge