UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG HAYES,

        Plaintiff,

    v.

MUSA DAJANI, *et al.*,

        Defendants.
_____/

No. C-11-1702 EMC

**ORDER RE PLAINTIFF'S FILING OF OCTOBER 4, 2011**

**(Docket No. 36)**

    Plaintiff Greg Hayes has filed a letter with the Court, in which he asks the Court to order Defendants Musa and Khaled Dajani to mail copies of their opposition to his motion for preliminary injunction to both his county jail address and his home address. Mr. Hayes also asks the Court to order the Dajanis to serve all papers they file at both his county jail address and his home address, at least until he is no longer incarcerated.

    The Court **GRANTS** the requests for relief, although it notes that the Dajanis cannot be faulted for not having served their opposition on Mr. Hayes at the county jail as there is no evidence that they were aware he had been incarcerated.

    IT IS SO ORDERED.

Dated: October 14, 2011

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG HAYES, | No. C-11-1702 EMC |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MUSA DAJANI, *et al.*, | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Greg Hayes
381 Oak Street
San Francisco, CA 94102

Greg Hayes
SF #554957
CJ5 4B-4
P. O. Box 67
San Bruno, CA 94066

Dated: October 14, 2011

Richard W. Wieking, Clerk
By: Tana Ingle, Deputy Clerk

2