UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG HAYES,

          Plaintiff,

   v.

MUSA DAJANI, *et al.*,

          Defendants.
_____/

No. C-11-1702 EMC

**ORDER RE PLAINTIFF'S MEMO OF NOVEMBER 15, 2011**

**(Docket No. 42)**

      Plaintiff has filed a "memo" with the Court, asking it to order Defendants to send to him (1) Defendants' opposition to his motion for a preliminary injunction; (2) all current evidence, including any police reports; and (3) all other filings or correspondence sent to him or the Court. The Court **GRANTS** in part and **DENIES** in part Plaintiff's request for relief.

      The request is granted to the extent that Defendants are ordered to send to Plaintiff a copy of their opposition to his motion for preliminary injunction. As Plaintiff notes, the Court previously ordered Defendants to send a copy of the opposition. *See* Docket No. 39 (order). However, the request is otherwise denied. Defendants do not have an obligation to send to Plaintiffs any part of

///
///
///
///
///
///

the case file. Moreover, this case is stayed (per Plaintiff's request) so Defendants are not at this juncture obligated to provide any discovery to Plaintiff.

This order disposes of Docket No. 42.

IT IS SO ORDERED.

Dated: November 16, 2011

_____
EDWARD M. CHEN
United States District Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG HAYES,                                       No. C-11-1702 EMC

       Plaintiff,

   v.                                            CERTIFICATE OF SERVICE

MUSA DAJANI, *et al.*,

       Defendants.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Greg Hayes
381 Oak Street
San Francisco, CA 94102

Greg Hayes
SF #554957
CJ5 4B-4
P. O. Box 67
San Bruno, CA 94066

Dated: November 16, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3