UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG HAYES,<br><br>        Plaintiff,<br><br>        v.<br><br>MUSA DAJANI, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-1702 EMC<br><br>**ORDER RE DEFENDANTS' RESPONSE**<br><br>**(Docket No. 50)** |

        In its order of December 21, 2011, the Court ordered Defendants to file a proof of service establishing that they served their opposition to the preliminary injunction on Mr. Hayes back in August 2011. *See* Docket No. 49 (order). Defendants have now filed a response to the Court's order. In their response, Defendants indicate that they e-filed their opposition on August 10, 2011. *See* Docket Nos. 18-19 (opposition and supporting declaration).

        That Defendants e-filed their opposition, however, does not mean that Mr. Hayes was thereby served as a result. In fact, the electronic receipts for the filing indicates that the opposition and supporting papers had *not* been electronically mailed to Mr. Hayes. Thus, it was incumbent on Defendants to manually serve Mr. Hayes. *See generally* Gen. Order 45. **Defendants are advised that, as a general matter, pro se litigants in this Court must be manually served absent an order from the Court permitting participating in e-filing as registered ECF users.**

        Fortunately, Defendants' error in this instance was not prejudicial to Mr. Hayes. As the Court has previously held, Mr. Hayes's motion for a preliminary injunction was without merit for various reasons -- *e.g.*, because the parklet that was built was not based on the copyrighted drawing

and because Mr. Hayes failed to show a likelihood of irreparable injury. The Court emphasizes that its order denying the motion for a preliminary injunction simply means that the Court shall not stop construction of and/or tear down the parklet at issue. The order does not resolve the issue of whether or not there was copyright infringement based on Defendants' alleged use of the copyrighted drawing to obtain the permit for the parklet.

IT IS SO ORDERED.

Dated: December 22, 2011

_____
EDWARD M. CHEN
United States District Judge