UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG HAYES, | No. C-11-1702 EMC |
|     Plaintiff, | |
|     v. | **ORDER TO SHOW CAUSE** |
| MUSA DAJANI, *et al.*, | |
|     Defendants. | |

    Previously, the Court issued an order staying proceedings in this case until June 22, 2012. In the same order, the Court set a case management conference for June 22 and ordered the parties to file a joint statement one week prior to the conference. *See* Docket No. 66 (order). Mr. Hayes did not file any statement with the Court prior to the conference. Nor did Mr. Hayes make a telephonic appearance at the conference or contact the Court prior to the conference to excuse his attendance.

    In light of these circumstances, the Court hereby orders Mr. Hayes to show cause as to why his case should not be dismissed (*without* prejudice) for failure to prosecute.

///
///
///
///
///
///
///
///

Mr. Hayes shall file and serve a response to this order to show cause within three weeks of the date of this order. Defendants shall have one week thereafter to file a reply. No further briefing shall be permitted. **Mr. Hayes is forewarned that, if he fails to file a timely response to this order to show cause, the Court shall dismiss this case (*without* prejudice) and order the Clerk of the Court to close the file.**

IT IS SO ORDERED.

Dated: June 25, 2012

_____
EDWARD M. CHEN
United States District Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG HAYES, | No. C-11-1702 EMC |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MUSA DAJANI, *et al.*, | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Greg Hayes
381 Oak Street
San Francisco, CA 94102

Greg Hayes
SF #554957
CJ5 4B-4
P. O. Box 67
San Bruno, CA 94066

**Greg Hayes**
#: 554957209497
San Francisco County Jail
850 Bryant Street, CJ3
San Francisco, CA 94103

Dated: June 25, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3