UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG HAYES,

        Plaintiff,

    v.

MUSA DAJANI, *et al.*,

        Defendants.
_____/

No. C-11-1702 EMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; AND SETTING CASE MANAGEMENT CONFERENCE**

        Previously, the Court issued an order staying proceedings in this case until June 22, 2012. In the same order, the Court set a case management conference for June 22. *See* Docket No. 66 (order). Because Mr. Hayes did not file a statement with the Court prior to the conference, make an appearance at the conference, or contact the Court to excuse his attendance at the conference, the Court issued an order instructing Mr. Hayes to show cause as to why his case should not be dismissed (without prejudice) for failure to prosecute. *See* Docket No. 70 (order).

        In his response, Mr. Hayes states that he never received notice that there was a case management conference set for June 22. Mr. Hayes also claims that he never received Defendants' case management conference statement, which would have alerted him to the June 22 date. Mr. Hayes suggests that this problem may have arisen because the wrong inmate number appears to have been used, both by the Court and by Defendants. The Court notes that there does seem to have been an error on the Court docket with respect to Mr. Hayes's inmate number. That problem has now been or will shortly be corrected. While it is not clear whether that error has been an impediment to Mr. Hayes receiving notice of *all* documents (*e.g.*, he seems to have received the Court's order to

show cause, which also used the wrong inmate number), the Court concludes that it is plausible that this problem may have led to Mr. Hayes not receiving notice of at least *some* documents. Accordingly, the Court discharges the order to show cause.

The Court further stays the case for an additional thirty days from the date of this order as Mr. Hayes is still incarcerated. In addition, the Court hereby sets a case management conference for **August 31, 2012, at 10:30 a.m.** One week prior to the conference, the parties shall file a joint case management conference statement. If, however, Mr. Hayes is still incarcerated, the parties may file separate statements. In the separate statements, the parties should address, *inter alia*, how the Court should proceed with the case in light of the continued incarceration of Mr. Hayes.

IT IS SO ORDERED.

Dated: July 9, 2012

_____
EDWARD M. CHEN
United States District Judge

2