UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG HAYES,<br><br>        Plaintiff,<br><br>    v.<br><br>MUSA DAJANI, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-1702 EMC<br><br><br>**ORDER DEFERRING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>**(Docket No. 74)** |

        On July 9, 2012, the Court issued an order staying the case through August 8, 2012. *See* Docket No. 73 (order). In the same order, the Court set a new case management conference for August 31, 2012. Subsequently, Plaintiff filed a document captioned: "Plaintiff re-asserts motion for leave to amend complaint." It appears that this motion was sent by Plaintiff the same day that the Court issued its order of July 9. The Court, however, did not receive the motion until July 12, 2012.

        Taking into account the above, the Court reaffirms its prior order of July 9. The case shall continue to be stayed through August 8, 2012. In addition, the Court shall not set a briefing schedule and hearing date on Plaintiff's motion for leave to amend until after the case management conference is held on August 31, 2012. In the parties' case management conference statements, the

///
///
///
///

parties should address how the Court should proceed with the case assuming that Plaintiff continues to be incarcerated and whether it is feasible for the Court to adjudicate the motion should Plaintiff continue to be incarcerated.

IT IS SO ORDERED.

Dated: July 30, 2012

_____
EDWARD M. CHEN
United States District Judge