**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8   GREG HAYES,                                No. C-11-1702 EMC

9            Plaintiff,

10       v.                                     **ORDER DEFERRING PLAINTIFF'S
                                                MOTION FOR LEAVE TO AMEND**
11   MUSA DAJANI, *et al.*,
                                                **(Docket No. 74)**
12           Defendants.

13
    _____/
14

15       On July 9, 2012, the Court issued an order staying the case through August 8, 2012. *See*

16   Docket No. 73 (order).  In the same order, the Court set a new case management conference for

17   August 31, 2012.  Subsequently, Plaintiff filed a document captioned:  "Plaintiff re-asserts motion

18   for leave to amend complaint."  It appears that this motion was sent by Plaintiff the same day that

19   the Court issued its order of July 9.  The Court, however, did not receive the motion until July 12,

20   2012.

21       Taking into account the above, the Court reaffirms its prior order of July 9.  The case shall

22   continue to be stayed through August 8, 2012.  In addition, the Court shall not set a briefing

23   schedule and hearing date on Plaintiff's motion for leave to amend until after the case management

24   conference is held on August 31, 2012.  In the parties' case management conference statements, the

25   ///

26   ///

27   ///

28   ///

1    parties should address how the Court should proceed with the case assuming that Plaintiff continues

2    to be incarcerated and whether it is feasible for the Court to adjudicate the motion should Plaintiff

3    continue to be incarcerated.

4

5           IT IS SO ORDERED.

6

7    Dated: July 30, 2012

8    _____
     EDWARD M. CHEN
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28